# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

---

**THE UNITED STATES OF AMERICA**

*-vs-*

**DWAYNE GORDON**

MARCH 2024 GRAND JURY
(Impaneled 03/22/2024)

**INDICTMENT**

Violations:
Title 18, United States Code,
Section 922(g)(1)
(One Count and Forfeiture Allegation)

### COUNT 1

**(Felon in Possession of a Firearm)**
**The Grand Jury Charges That:**

On or about May 1, 2024, in the Western District of New York, the defendant, **DWAYNE GORDON**, knowing that he had previously been convicted on or about March 11, 2009, and November 26, 2012, in Erie County Court, Buffalo, New York, and on or about January 20, 2023, in United States District Court for the Northern District of Georgia, of crimes each punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, firearms, namely, one (1) SCCY DVG-1, 9 mm handgun, bearing serial number D018204; one (1) SCCY DVG-1, 9 mm handgun, bearing serial number D018219; one (1) SCCY DVG-1, 9 mm handgun, bearing serial number D018207; and one (1) Black Combat Armory, 9 mm handgun, serial number 99010016.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION
**The United States Attorney Alleges That:**

Upon conviction of Count 1 of this Indictment, the defendant, **DWAYNE GORDON**, shall forfeit to the United States, all his right, title and interest in any firearm and

ammunition involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant, including but not limited to the following property seized on or about May 1, 2024 from a vehicle at 219 Peters Road, Springville, New York:

**FIREARMS AND AMMUNITION**

a. One (1) maroon SCCY DVG-1, 9mm handgun, bearing serial number D018204;

b. One (1) orange SCCY DVG-1. 9mm handgun, bearing serial number D018219;

c. One (1) green SCCY DVG-1, 9mm handgun, bearing serial number D018207;

d. One (1) black Combat Armory CA, 9mm handgun, bearing serial number 99010016; and

e. One (1) box of 9mm ammunition.

**All pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, July 25, 2024.

TRINI E. ROSS
United States Attorney

BY:   S/STACEY N. JACOVETTI
STACEY N. JACOVETTI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5894
Stacey.Jacovetti@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON

2